NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAYLOR RUSSELL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-1498

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-3239, Judge William H. Alsup.

---

## ON MOTION

---

## ORDER

Taylor Russell et al. move without opposition for a 28-day extension of time, until November 22, 2010, to file their opening brief and for an extension of time for the United States to file its brief. The appellants also submitted an amended opening brief on December 14, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The clerk's office will discard the opening brief received on November 22, 2010 and will review the brief filed on December 14, 2010 to determine its compliance with the court's rules. The United States should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

JAN 13 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: S. Chandler Visher, Esq.
Alicia M. Hunt, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK